IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brunett & Esnard IP, LLC | Case No.: 22-cv-02147 |
| Plaintiff, | |
| v. | Judge: Hon. John J. Tharp Jr. |
| Does 1-225, As Identified in Exhibit 2, | |
| | Magistrate: Hon. Sunil R. Harjani |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Brunett & Esnard IP, LLC seeks entry of Default and Default Judgment against all non-appearing Defendants identified in Exhibit 1 to the Memorandum of Law in Support filed concurrently with this Motion.

Dated: September 15, 2022

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, the Plaintiff's Motion for Entry of Default and Default Judgment was filed with the CM/ECF system. The Defendants are also provided notice on September 15, 2022, via e-mail to the e-mail addresses as identified in the rider to the summons.

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com