**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRUNETT & ESNARD IP, LLC,

       Plaintiff,

       v.

DOES 1-225, AS IDENTIFIED ON
SCHEDULE "A",

       Defendants.

Case No. 22-cv-02147

Judge John J. Tharp, Jr.

Magistrate Judge Sunil R. Harjani

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Brunett & Esnard IP, LLC ("BRUNETT & ESNARD") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and BRUNETT & ESNARD having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; BRUNETT & ESNARD having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that BRUNETT & ESNARD has provided a basis to conclude that Defaulting Defendants have sold products infringing directly and/or indirectly the following patented design (the "909 Design") and are therefore liable for patent infringement (35 U.S.C. § 271).

| Patent Number | Claim | Issue Date |
|---|---|---|
| US 9,661,909 | FACIAL HAIR SHAPING TOOL<br> | May 30, 2017 |

Accordingly, this Court orders that BRUNETT & ESNARD's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling and importing any product not authorized by BRUNETT & ESNARD, including any reproduction, copy or colorable imitation of the design claimed in the 909 Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the 909 Design; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell goods infringing using the 909 Design.

3.      Upon BRUNETT & ESNARD's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of goods infringing the 909 Design.

4.      Pursuant to 35 U.S.C. § 284, BRUNETT & ESNARD is awarded profits from each of the Defaulting Defendants for infringing use of the 909 Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the awards identified on Schedule A attached hereto.[1]

5.      Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the profits awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.      All monies (up to the amount of the profits awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to BRUNETT & ESNARD as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba,

---

[1] Each award is determined by multiplying a per-unit lost-profits figure ($14.39) by the accountable number of infringing units sold by each defendant. The accountable number of infringing units sold by each defendant is the number of infringing sales attributed to each defendant plus the total unattributed infringing sales (7,017) averaged across all 225 original defendants. The resulting figure is then increased by three times.

Wish.com, Ant Financial, and Amazon Pay, are ordered to release to BRUNETT & ESNARD the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.     Until BRUNETT & ESNARD has recovered full payment of monies owed to it by any Defaulting Defendant, BRUNETT & ESNARD shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.     In the event that BRUNETT & ESNARD identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, BRUNETT & ESNARD may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

9.     The two hundred and twenty-five thousand dollar ($225,000) surety bond posted by BRUNETT & ESNARD is hereby released to BRUNETT & ESNARD or its counsel, Keener and Associates, P.C., plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to BRUNETT & ESNARD or its counsel plus any accrued interest.

This is a Default Judgment.

Date: October 4, 2022

John J. Tharp, Jr.
United States District Judge

5

## Schedule A

| Doe | Merchant Name | Online Marketplace Account | Damages Award |
|---|---|---|---|
| 1 | Bymace Hair Beauty Co., Ltd. | bymacebeauty | $1,338.27 |
| 2 | Dacheng Vinnie Hairdressing & Beauty Products Co.,Ltd | cnweini | $1,338.27 |
| 4 | Guangzhou Dymydy Biotechnology Co., Ltd. | dymydy | $1,338.27 |
| 5 | Kunshan Pinglory Gifts Co., Ltd. | cn1521230275opzz | $1,338.27 |
| 6 | Maanshan Yidianma Import And Export Trade Co., Ltd. | masydm | $1,338.27 |
| 7 | Myoung Intelligent Technology (shenzhen) Co., Ltd. | myoungsz | $1,338.27 |
| 8 | Ningbo Chengli Plastic Co., Ltd. | yychengli | $1,338.27 |
| 9 | Ningbo Hongdao E-Commerce Ltd. | nborbit | $1,338.27 |
| 10 | Ningbo Xin Yuan Industry And Trade Co., Ltd. | sinwon | $1,338.27 |
| 16 | Xiamen Situ Crafts Co., Ltd. | stcrafts0592 | $1,338.27 |
| 18 | Yiwu Elook Trading Co., Ltd. | elook | $1,338.27 |
| 19 | Yiwu Oyue Imp. & Exp. Co., Ltd. | ouyue188 | $1,338.27 |
| 21 | Yiwu Shasha Liya Cosmetics Firm | shashaliya | $1,338.27 |
| 22 | Yiwu Sofia Accessories Ltd. | ywsofia | $1,338.27 |
| 23 | Yongjia Shangshow Beauty Tools Factory | wzshow | $1,338.27 |
| 24 | Yuyao Taihe Hardware Plastic Factory | yytaihe | $1,338.27 |
| 25 | ALLAY SORROWL Store | cn1543587909ijfy | $1,338.27 |
| 26 | beautiful tool Store | cn1538021544jvps | $1,338.27 |

| 27 | cvqtech Store | cn1529551477lxmt | $1,338.27 |
| 28 | Hover Kitchen Store | cn1534073452uswz | $1,338.27 |
| 30 | MISS ROSE Store | cn1514275740hhrp | $1,338.27 |
| 31 | Longpean Beautys Store | cn1528651969dmvj | $1,338.27 |
| 32 | Shop911254119 Store | cn1535659054spcx | $1,338.27 |
| 33 | Suange Store | cn112853291 | $1,338.27 |
| 38 | B2b_beautiful | 20329460 | $5,396.25 |
| 39 | Bullockgate | 21614981 | $1,338.27 |
| 40 | Byingtrade | 21461753 | $2,072.16 |
| 41 | Chengyikitchen | 14361383 | $1,338.27 |
| 42 | Cowgate | 21615158 | $1,338.27 |
| 43 | Cybeautywholeseller | 20789184 | $1,338.27 |
| 45 | Figure925 | 21666829 | $1,338.27 |
| 46 | Goodhair0706 | 21724503 | $1,338.27 |
| 48 | Lisa_beauty_store | 21035684 | $1,338.27 |
| 49 | Love_tattoos | ff8080815b142976015b4b469f1d5ccd | $1,597.29 |
| 51 | Newgema | 21066281 | $1,338.27 |
| 52 | No1seller01 | 21656350 | $1,338.27 |
| 53 | Oemakeup | 21059812 | $1,338.27 |
| 55 | Ruby_one | 20141318 | $56,207.34 |

| 56 | Ruhui | 20059954 | $1,338.27 |
| 57 | Servision | 20752029 | $1,338.27 |
| 59 | Summerzh | 20130808 | $9,756.42 |
| 63 | 88station | 88station | $1,424.61 |
| 64 | 2020apps | 2020apps | $1,467.78 |
| 66 | au.ghul | au.ghul | $2,028.99 |
| 67 | aus1bikes | aus1bikes | $1,856.31 |
| 68 | backpackintravel | backpackintravel | $1,381.44 |
| 69 | bargainshoppersanonymous | bargainshoppersanonymous | $1,769.97 |
| 70 | bebebaba8181 | bebebaba8181 | $1,338.27 |
| 71 | bentley207 | bentley207 | $1,899.48 |
| 75 | bitcoinminers | bitcoinminers | $1,381.44 |
| 76 | britainbazaar007 | britainbazaar007 | $200,826.84 |
| 77 | cooldeals0 | cooldeals0 | $1,381.44 |
| 82 | diamond1.88 | diamond1.88 | $1,338.27 |
| 84 | dumdummart | dumdummart | $1,424.61 |
| 86 | ecence_media | ecence_media | $2,762.88 |
| 88 | eugwh13 | eugwh13 | $1,338.27 |
| 90 | f4ashion | f4ashion | $5,094.06 |
| 92 | fashion2000-creations | fashion2000-creations | $1,338.27 |

| 93 | feb20-81 | feb20-81 | $1,338.27 |
|---|---|---|---|
| 94 | fuxiang1238 | fuxiang1238 | $1,381.44 |
| 95 | greenrose_mart | greenrose_mart | $1,338.27 |
| 96 | gultuk40 | gultuk40 | $1,424.61 |
| 97 | heavenshop-366 | heavenshop-366 | $1,467.78 |
| 98 | hifashionshop | hifashionshop | $3,798.96 |
| 102 | k-shopping-happy | k-shopping-happy | $1,338.27 |
| 103 | kl_onlinestore-01 | konlinestore_01 | $1,856.31 |
| 105 | Laurel Boutique | Laurel Boutique | $1,683.63 |
| 106 | lifafaau | lifafaau | $1,856.31 |
| 111 | mohaelmak-34 | mohaelmak-34 | $1,510.95 |
| 112 | morptech | morptech | $1,597.29 |
| 117 | rabbit_skiess | rabbit_skiess | $1,424.61 |
| 122 | roprodu46 | roprodu46 | $1,338.27 |
| 123 | royal_factory | royal_factory | $1,683.63 |
| 124 | s_a_m80 | s_a_m80 | $2,892.39 |
| 125 | sacper56 | sacper56 | $1,510.95 |
| 126 | salindsenarathn-0 | salindsenarathn-0 | $1,424.61 |
| 127 | sanpriy32 | sanpriy32 | $1,726.80 |
| 130 | snkrs.supply | snkrs.supply | $9,108.87 |

| 131 | soapsuds2008 | soapsuds2008 | $36,305.97 |
| 132 | sona-tech-lid | sona-tech-lid | $2,244.84 |
| 134 | specialdealseveryday | specialdealseveryday | $1,510.95 |
| 135 | specialdealsstore | specialdealsstore | $7,036.71 |
| 136 | starsxfine | starsxfine | $1,381.44 |
| 137 | storefast2d | storefast2d | $8,374.98 |
| 139 | tgc-2009 | tgc-2009 | $4,360.17 |
| 140 | the_matrix11 | the_matrix11 | $2,460.69 |
| 141 | udarchamik_94 | udarchamik_94 | $1,683.63 |
| 142 | usfastshipping2020 | usfastshipping2020 | $1,424.61 |
| 143 | warnasuriyalochamika_0 | warnasuriyalochamika_0 | $1,424.61 |
| 148 | yourbestdeals2020 | yourbestdeals2020 | $1,381.44 |
| 151 | ANQIJSZ | 5b8e3780a5eef730344637ba | $3,065.07 |
| 152 | AOSIyoSshop | 5e8952b302e0177cc083f196 | $1,381.44 |
| 155 | Athena Diary | 577249067085f213a1d98044 | $1,381.44 |
| 156 | Billionclothing | 5a2760061f4d8c5a6a08de1a | $40,838.82 |
| 157 | Boyogoo | 5deb61d75707cc0e5d79453e | $1,726.80 |
| 159 | Crazy plum | 60f3bd8594d2110f000d2f55 | $1,338.27 |
| 161 | Dingfu | 5d78ef202888357ac442e275 | $4,360.17 |
| 162 | dushiyuan0184 | 60f2348ce0d5d41108fe59e0 | $2,676.54 |

| 164 | Fmcenter | 60bd110fcd70a90042ac38e2 | $1,338.27 |
|-----|----------|--------------------------|-----------|
| 165 | foresightma | 5fde076faa3219d8505a4360 | $1,338.27 |
| 166 | Fourthstores | 5d4d6aa53db43e1880bc096a | $5,698.44 |
| 167 | France Annabelle Enterprise Limited | 545c365d8edcfa036875ed78 | $1,640.46 |
| 168 | fuzechangan | 5d739e691c4dc656b669dca2 | $1,381.44 |
| 169 | galilego | 5fda24a84eed9114b13702b5 | $1,338.27 |
| 170 | gaoyafei0192 | 60c31170ed25b245255556fc | $1,338.27 |
| 171 | Global specialty department store | 60f8e94f5293a616f7e65a2f | $1,467.78 |
| 172 | Gold finches department | 5f0687d79265b604b9d96e91 | $1,338.27 |
| 173 | guss6g4q0oc4 | 5e80b477e273cd57004b2f81 | $1,338.27 |
| 174 | guxiaoguang | 5886c07aa9125c4d5c42d42b | $55,171.26 |
| 176 | HD OP | 5899275982e5094f5ef13e06 | $1,597.29 |
| 178 | HilaryDonaldkHgPo | 5e9131131a25ab0682b82a8f | $1,510.95 |
| 179 | Huisey clothes | 5d527ee61d9a8e1ec23d3b7d | $1,467.78 |
| 180 | hw9431 | 5d4c2dbc1d9a8e17019b8c2c | $3,194.58 |
| 182 | jianyongxifu111 | 5d5cfe972736783681e24248 | $1,338.27 |
| 184 | JOKYEA | 5bee748f72b8132126b7db17 | $1,338.27 |
| 186 | lipengzhi888 | 5e5776760ef8955c45c3b866 | $4,057.98 |
| 188 | MaxwellLouisiGaI | 5e760634ba7ff199654b4d29 | $1,338.27 |
| 189 | MeiZheng99 | 5b2a104461193478e32a8f85 | $1,381.44 |

11

| 190 | micheladas foodtruck online | 5f9f59d7f3f592046320bb9e | $1,338.27 |
| 191 | neriantin | 5f8dc16367ac9b79b1be6a98 | $1,338.27 |
| 192 | NEVERWALKALONE | 60b6198b36badc1fedffc89c | $1,338.27 |
| 193 | nicholsonite | 5f8e66b406860d4e0f488a0d | $1,338.27 |
| 194 | Ningbow01 | 60e29244de9ec95a885ad132 | $1,597.29 |
| 195 | ninhbow03 | 611c6218f4722e2943575aa8 | $3,410.43 |
| 196 | old school space | 607ae55920fcb713ba37f9db | $1,338.27 |
| 197 | PEIONE | 5d4aedc322f301487d9a72d0 | $1,467.78 |
| 201 | Show33 | 5fdbff1aef78732703476b4f | $1,338.27 |
| 202 | SOCIALFLOATS | 5efe0059f9b474b9773681b9 | $1,338.27 |
| 204 | taglispigali | 5fce9d2890834c04e20200f7 | $1,338.27 |
| 205 | Tangdianqing0507 | 5ffc21e976c5204c67e21359 | $1,338.27 |
| 206 | teemmurs | 60d922f2b73abb0a5e8a3fe6 | $1,338.27 |
| 207 | The Ukulele | 60d970fad43be4eb5f4dd08f | $3,798.96 |
| 209 | VC Play | 5f976395f9c730129828d81a | $1,338.27 |
| 210 | Venlus Funnygifts | 5f96973453c182454df44946 | $1,338.27 |
| 211 | wangguifen365 | 60653ae779d2e51c3852cc84 | $23,311.80 |
| 212 | WildThinK | 5d50283d8388977400e6decd | $5,741.61 |
| 213 | wlbvll | 5e7885377477a2944c6a6d83 | $1,381.44 |
| 214 | wuxiyan | 589bee543c72cc63e0d5d9e0 | $1,338.27 |

| 215 | xiaohui222 | 5d54df5a5f3e1e2d4030adb1 | $5,784.78 |
| 216 | xingchen61988 | 5df1bec229e7862af3b31085 | $1,510.95 |
| 217 | xiuyan888 | 5b1facdfd1c3602602388f04 | $1,338.27 |
| 218 | yangxiaoyu | 58293e740299bc1b639281a0 | $1,338.27 |
| 219 | Yingzifurniture | 59fc024e6ea4a7358c625aa6 | $38,205.45 |
| 220 | Yiwu Xinding Electronic Commerce Co., LTD | 591bf3691a071f087e7a72d1 | $1,942.65 |
| 221 | Zenithdorri | 5fda09b6cb13b4f8dca7dc1c | $1,338.27 |
| 222 | zhu8888 | 5dcd05062a20740d406bd41e | $1,683.63 |
| 224 | ZWY SHOP | 5d6784edbbfaf856ad1524f2 | $1,338.27 |
| 225 | sdas216 | 5f37954221408a17ab523511 | $2,201.67 |